■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CATHERINE JONES, Also Known as CATHERINE WILSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Dachenhausen, J.), rendered July 3, 1984, convicting her of criminal possession of a weapon in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Ansare,* 96 AD2d 96, 97). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KOVACH, Appellant.—Appeal by the defendant from a judgment of the County Court, Putnam County (Hickman, J.), rendered March 19, 1984, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.